# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA
_____
Plaintiff(s)

vs.

ZUNED JUNESKA
_____
Defendant(s)

CRIMINAL CASE NO. 14-158-02

HEARING ON Continuation of Detention Hearing

Before ~~Judge~~ Chief Mag. Judge Maureen P. Kelly

Eric Rosen, Esq.
Arnold Lamb, Esq.
Appear for Plaintiff

Charles Kelly, Esq.
Michael Joyce, Esq.
Appear for Defendant

Hearing began 11-20-14

Hearing concluded C.A.V. 11-24-14 AT 2:50 pm

Hearing adjourned to _____

Stenographer Karen Earley

## WITNESSES

For Plaintiff

Defendant ordered detained and detention order to be filed.

For Defendant