# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL No. 14-158 |
| | ) |
| ZUNED SUNESRA | ) |

## DEFENDANT ZUNED SUNESRA'S
## MOTION FOR REVOCATION OF DETENTION ORDER

Defendant Zuned Sunesra by and through his undersigned counsel submits this Motion for Revocation of the November 24, 2014 Detention Order of Chief Magistrate Judge Maureen P. Kelly for the reasons set forth in the attached Defendant's Memorandum of Law in Support.

WHEREFORE, Defendant Zuned Sunesra respectfully requests that this Court grant him pretrial release on conditions.

Respectfully submitted,

/s/ Charles Kelly
Christopher R. Hall, Esquire (PA ID No. 64912)
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Tel.: (215) 972-7777
Fax: (215) 972-7725
chall@saul.com

Charles Kelly, Esquire (Pa ID No. 51942)
Michael J. Joyce, Esquire (PA ID No. 311303)
SAUL EWING LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Tel.: (412) 209-2500
Fax: (412) 209-2590
ckelly@saul.com
mjoyce@saul.com

*Counsel for the Defendant
Zuned Sunesra*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Revocation of Detention Hearing has been served on this 7th day of January, 2015, upon the following parties via the Court's CM/ECF System, and is otherwise available for viewing and downloading on the CM/ECF System:

Eric Rosen, Esq.
Conor Lamb, Esq.
United States Attorneys' Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
*(Counsel for the United States of America)*

---

Thomas Livingston, Esq.
Federal Public Defender
Western District of Pennsylvania
1500 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714
*(Counsel for Defendant, Taimur Khan)*

/s/ Charles Kelly
Christopher R. Hall, Esquire (PA ID No. 64912)
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Tel.: (215) 972-7777
Fax: (215) 972-7725
chall@saul.com

Charles Kelly, Esquire (Pa ID No. 51942)
SAUL EWING LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Tel.: (412) 209-2500
Fax: (412) 209-2590
ckelly@saul.com

*Counsel for the Defendant
Zuned Sunesra*