IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 14-158 |
| | ) | |
| ZUNED SUNESRA, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth previously by Magistrate Judge Kelly, as well as the Government during the hearing on January 20, 2015, the Court finds that no condition or combination of conditions can reasonably assure Defendant's appearance at future proceedings, especially in light of the ambiguity surrounding Defendant's wealth and means.

Additionally, the Court finds that no condition or combination of conditions could reasonably assure the safety of Co-Defendant Taimur Khan or other potential witnesses. Contrary to Defendant's counsel's urgings, it is clear to the Court that Defendant has threatened Mr. Khan. Indeed, any other interpretation of Defendant's actions strains credibility. It is striking to the Court that Defendant's incarceration did not hinder his desire and ability to make threats and obstruct justice. Under the circumstances, the Court cannot take the chance that Defendant would not engage in additional and more desperate efforts to obstruct justice, or otherwise threaten the safety of Mr. Khan, his family or others if Defendant was not so confined.

Consistent with the foregoing, Defendant's Motion for to Revoke Detention Order (**Doc. 96**) is hereby **DENIED**, and Magistrate Judge Kelly's Order of Detention (**Doc. 82**) is **UPHELD**, insofar as it orders detention.

2

January 21, 2015                                                s\Cathy Bissoon
                                                                Cathy Bissoon
                                                                United States District Judge


cc (via ECF email notification):

All Counsel of Record