
# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | **CRIMINAL CASE NO. 14-158** |
| **ZUNED SUNESRA** ) | |
| ) | |
| Defendant | |

### HEARING ON SENTENCE

Before Judge **Cathy Bissoon**

Connor Lamb-AUSA                                   Christopher R. Hall, Esq.

_Appear for Plaintiff_                              _Appear for Defendant_

Hearing began   9/8/16- 10:05am                    Hearing adjourned to

Hearing concluded  9/8/16-10:45am                  Stenographer   Sandy Wenger

### WITNESSES

**For Plaintiff**

Oral motion for additional reduction, granted; Oral motion to dismiss remaining counts, granted.

**For Defendant**

Counts 1sss, 23sss, 25sss - 30 months imprisonment to run concurrently, with credit for time served; 1 year supervised release on each count to run concurrently; $1,200,000 forfeited to the United States; Defendant agrees to consent to removal from the United States; No fine, $300 special assessment.